UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:11-cr-00117-JAW |
| | ) | |
| MICHAEL ST. PIERRE | ) | |

**ORDER ON MOTION TO DISMISS**

Michael St. Pierre raises in his motion to dismiss the same issues the Court previously rejected. *United States v. Zetterman*, No. 09-54-B-W, 2010 U.S. Dist. LEXIS 25288 (D. Me. Mar. 17, 2010); *United States v. Rehlander*, 685 F. Supp. 2d 159 (D. Me. 2010); *United States v. Murphy*, 681 F. Supp. 2d 95 (D. Me. 2010); *United States v. Small*, No. CR-09-184-B-W, 2010 U.S. Dist. LEXIS 13698 (D. Me. Feb. 16, 2010). These issues are now before the Court of Appeals for the First Circuit in the *Rehlander* and *Small* cases and the appellate court's resolution of these appeals may affect the merits of Mr. St. Pierre's motion. However, until the First Circuit alters its ruling in *United States v. Chamberlain*, 159 F.3d 656 (1st Cir. 1998), this Court, as an inferior court, is obligated to apply its holding. Accordingly, for the reasons the Court described in its prior opinions, the Court DENIES Michael St. Pierre's Motion to Dismiss the Indictment (Docket # 14).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 11th day October, 2011